UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SANDS,<br><br>                        Plaintiff,<br><br>- against -<br><br>NBCUNIVERSAL MEDIA, LLC<br><br>                        Defendant. | Docket No. 17-cv-4460<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Steve Sands ("Sands" or "Plaintiff"), by and through his undersigned counsel, as and for his Complaint against Defendant NBCUniversal Media, LLC ("NBC" or "Defendant") hereby alleges as follows:

### NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of actor Benedict Cumberbatch as Dr. Strange, owned and registered by Sands, a New York City-based photojournalist. Accordingly, Sands seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

### JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or is transacting business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Sands is a professional photojournalist in the business of licensing his photographs to online, print, and television stations for a fee, having a usual place of business at 568 Grand Street, Apt. J903, New York, New York 10002.

6. Upon information and belief, NBC is a foreign limited liability company duly organized and existing under the laws of the State of Delaware, with a place of business at 30 Rockefeller Plaza, New York, New York 10112. Upon information and belief, NBC is registered with the New York Department of State, Division of Corporations to do business in the State of New York. At all times material hereto, NBC has owned and operated a website at the URL: www.Blastr.com (the "Website").

## STATEMENT OF FACTS

**A.    Background and Plaintiff's Ownership of the Photograph**

7. Sands photographed actor Benedict Cumberbatch as Dr. Strange on set (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Sands is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was first published on April 2, 2016.

10. The Photograph was registered with the U.S. Copyright Office and was given Copyright Registration Number VA 2-007-340.

**B.     Defendant's Infringing Activities**

11.     Upon information and belief, on or about October 14, 2016, NBC ran an article on the Website entitled *Rumor of the day: What you'll see in two Doctor Strange post-credits scenes*. See http://www.blastr.com/2016-10-14/rumor-day-what-youll-see-two-doctor-strange-post-credits-scenes. The article prominently featured the Photograph. A true and correct copy of the article is attached hereto as Exhibit B.

12.     NBC did not license the Photograph from Plaintiff for its article, nor did NBC have Plaintiff's permission or consent to publish the Photograph on its Website.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST NBC)**
**(17 U.S.C. §§ 106, 501)**

13.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14.     NBC infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. NBC is not, and has never been, licensed or otherwise authorized to reproduce, publicly display, distribute and/or use the Photograph.

15.     The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16.     NBC's parent company Fandango Media, LLC used another one of Sands photographs without permission and Sands filed a case earlier in 2017. See *Sands v. Fandango Media, LLC* (1:17-cv-00529-LGS).

17. Upon information and belief, the foregoing acts of infringement by NBC have been willful, intentional, and purposeful, in disregard of and with indifference to Plaintiff's rights.

18. As a direct and proximate cause of Defendant's infringement of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to recover his/her damages and defendant's profits pursuant to 17 U.S.C. § 504(b).

19. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

20. Plaintiff further is entitled to recover his/her attorney's fees and full costs pursuant to 17 U.S.C. § 505.

21. Defendant's conduct, described above, is causing, and unless enjoined and restrained by this Court, will continue to cause Plaintiff irreparable injury that cannot be fully compensated by or measured in money damages. Plaintiff has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant NBC be adjudged to have infringed upon Plaintiff's copyright in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4.   That Plaintiff be awarded his costs, expenses and attorney's fees pursuant to 17 U.S.C. § 505;

5.   That Plaintiff be awarded pre-judgment interest; and

6.   Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).


Dated:   Valley Stream, New York
         June 13, 2017

                      LIEBOWITZ LAW FIRM, PLLC

                      By: /s/Richard Liebowitz
                          Richard P. Liebowitz
                          11 Sunrise Plaza, Suite 305
                          Valley Stream, New York 11580
                          Telephone: (516) 233-1660
                          RL@LiebowitzLawFirm.com

                      *Attorneys for Plaintiff Steve Sands*